

JS 6/Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEVIN TYROME PERRY,

    Petitioner,

vs.

DOMINGO URIBE, Acting Warden,

    Respondent.

Case No. SACV 11-0692-RGK (RNB)

**J U D G M E N T**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Jude filed herein,

    IT IS HEREBY ADJUDGED this action is dismissed with prejudice.

DATED: December 13, 2011



R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE