O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-8-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN TYROME PERRY,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>DOMINGO URIBE, Warden,<br><br>　　　　　　Respondent. | Case No. SACV 11-0692-RGK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed petitioner's Rule 60(b)(6) Motion, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that petitioner's Rule 60(b)(6) Motion is denied.

DATED: SEPT. 3, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE